FILED
IN CLERKS OFFICE
2025 NOV -4 PM 12:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

Brief 1

1 25 cv 12648 - MRD

Complaint :

The people of the united States district Court massachuestts,

attached 2 pages

1:25-cv-12648-MRD

- 2019 Texas
  payment issue "someone Robbed me"

Assault, Battery, harassed
threatened
  with force, with harm
  with intent
"Police Brutality"
Women handcuffed me
handcuffed over 4 hour behind
my back

  Tazzed me throw a bag
  over my head
suffocating me busted my
nose tighten cuff
Yelling Sceaming
  passed out after a hour
back sit there pulled over
in back alley. Vided me (someone)

Took out throw me tod back alley
took bag / handcufe off  intent
to leave my there "I was yelling"
             help / kicking

"next page 1 of 2"

Beief 1   1:25-cv-12648-MRD

- Then I remember waking up again in a building with bag back over my head and cuffs back on behind my back. Then all these "Authorieties" around me 10-12 people then 2 people grab me and ran with me after this lady was throwing me around again to the floor ?? bag ?? over head ?? ran into another room holding me pull us in a cage locked it. I remember I looked up saw all these people surrounding us. hand cuff still behind my back. looked up again and passed out. Woke up in room use phone than realesed me.

"page 2 of 2"